JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANETTE MADELANA BONELL,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | Case No. 5:26-cv-5959-MBK<br><br>JUDGMENT |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, it is ADJUDGED that the Petition is granted.

Dated: November 11, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE